IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCUS INGRAM,                    )
                                  )       CIVIL ACTION FILE
      Plaintiff,              )       NO. 1:16-cv-01695-SCJ
                                  )
vs.                               )
                                  )
KOROLOGUS & LAMBROU INC.,  )
                                  )
      Defendant.              )
_____)

## JOINT NOTICE OF SETTLEMENT AND
## CONSENT MOTION TO STAY PROCEEDINGS

COME NOW all Parties, by and through counsel, and hereby notify the Court that the parties have reached a settlement in principle and respectfully move the Court to stay proceedings for thirty (30) days to allow the parties sufficient time to consummate the settlement and dismiss this action.

WHEREFORE, the parties respectfully request, for good cause shown, that these proceedings be stayed for thirty (30) days.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I certify this pleading complies with the font and point selections approved by the court in LR 5.1C.

Respectfully submitted this 22nd day of August, 2016.

CONSENTED TO BY:


s/Pete M. Monismith
(*signed by Meredith Riggs Guerrero
with express permission*)
Pete M. Monismith
Georgia Bar No. 941228
pete@monismithlaw.com
3945 Forbes Ave., #175
Pittsburg, PA 15213
Telephone:  724-610-1881
Facsimile:  412-258-1309
**Counsel for Plaintiff**

s/Meredith Riggs Guerrero
Joseph C. Chancey, Esq.
Georgia Bar No.  120520
JChancey@deflaw.com
Meredith Riggs Guerrero
Georgia Bar No. 214274
MGuerrero@deflaw.com
DREW ECKL & FARNHAM, LLP
880 W. Peachtree Street
Post Office Box 7600
Atlanta, Georgia  30357-0600
Telephone: (404) 885-1400
Facsimile:  (404) 876-0992
**Counsel for Defendant Landmark
Diner Inc., improperly named in
Complaint as Korologus & Lambrou
Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2016, I electronically filed this

*Joint Notice of Settlement and Consent Motion to Stay Proceedings* with the

Clerk of Court using the CM/ECF system, which will automatically send email

notification of such filing to the following attorney of record:

Pete M. Monismith

This 22nd day of August, 2016.

s/Meredith Riggs Guerrero
Meredith Riggs Guerrero
Georgia Bar No. 214274
MGuerrero@deflaw.com
**Counsel for Defendant Landmark Diner
Inc., improperly named in Complaint as
Korologus & Lambrou Inc.**

DREW ECKL & FARNHAM, LLP
880 West Peachtree Street
P.O. Box 7600
Atlanta, Georgia 30357
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992

6637107/1
00935-122789